■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAKIA ODOM, Appellant. [782 NYS2d 368]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 11, 2000 (*People v Odom,* 278 AD2d 344 [2000]), affirming a judgment of the Supreme Court, Kings County, rendered December 1, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Ritter, Altman and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL RATLIFF, Appellant. [782 NYS2d 368]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 7, 2002 (*People v Ratliff,* 298 AD2d 1011 [2002]), affirming a sentence of the Supreme Court, Suffolk County, imposed August 23, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Goldstein, Schmidt and Cozier, JJ., concur.